THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM R. PATRICK DOYLE, Appellant.

Submitted December 7, 1951; decided December 7, 1951.

Motion for reargument of motion to dismiss appeal and of motion for enlargement of time [within which to argue the above-entitled appeal] granted, and, upon reargument, order of November 29, 1951, vacated and motion for enlargement of time granted and case set down for argument during the January, 1952, session. [See 303 N. Y. 670, 771; 304 N. Y. 120.]